IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

CR NO: 14-CR-0225 GEB

**JORDAN JAMES KIRBY**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee: Jordan James Kirby
Detained at: Butte County Jail
Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
  charging detainee with: 18U.S.C. § §2242(b), 2251 (a) and (e)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on November 14, 2014 @ 9:00 am in the Eastern District of California.*

Signature: /s/SHERRY D. HARTEL HAUS
Printed Name & Phone No: Sherry D. Hartel Haus (916)554-2711
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum            ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on **November 14, 2014 at 9:00 am**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/24/14

/s/ Dale A. Drozd
Honorable ~~Kendall J. Newman~~ DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) | Tavus Kole, Travis Cole, Jay Bourne and AlexTracey | ☒Male ☐Female | |
| Booking or CDC #: | | DOB: | 6/17/1991 |
| Facility Address: | 33 County Center Drive, Oroville, CA | Race: | |
| Facility Phone: | 530-538-7471 | FBI#: | SC-4106121 |
| Currently | Butte County Jail | | |

### RETURN OF SERVICE

Executed on: _____  _____
(signature)