# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 14-CR-0225 GEB |
| **JORDAN JAMES KIRBY** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:    Jordan James Kirby

Detained at    Butte County Jail

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:    18 U.S.C. § §2242(b), 2251 (a) and (e)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on December 9, 2014 @ 9:00 am in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/SHERRY D. HARTEL HAUS |
| Printed Name & Phone No: | Sherry D. Hartel Haus (916)554-2711 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee **on December 9, 2014 at 9:00 am**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    November 26, 2014

Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Tavus Kole, Travis Cole, Jay Bourne and AlexTracey | ☒Male  ☐Female | |
| Booking or CDC #: | | DOB: | 6/17/1991 |
| Facility Address: | 33 County Center Drive, Oroville, CA | Race: | |
| Facility Phone: | 530-538-7471 | FBI#: | SC-4106121 |
| Currently | Butte County Jail | | |

## RETURN OF SERVICE

Executed on: _____

(signature)